McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7316

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID BOSS, | ) | 1:04-cv-06424 OWW TAG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TO EXTEND |
| v. | ) | TIME |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from July 25, 2005 to August 25, 2005.

///
///
///
///
///
///
///
///

This is defendant's first request for an extension of time to file a response to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

```
                                    Respectfully submitted,


Dated: July 22, 2005            /s/ Candace C. Davenport
                                (As authorized via facsimile)
                                CANDACE C. DAVENPORT
                                Attorney for Plaintiff



Dated: July 22, 2005            McGREGOR W. SCOTT
                                United States Attorney


                                /s/ Kristi C. Kapetan
                                KRISTI C. KAPETAN
                                Assistant U.S. Attorney
```

**ORDER**

Based upon the parties' Stipulation, the Court finds that good cause exists to grant Defendant's request for an extension of time to respond to Plaintiff's opening brief, and makes the following order:

1. Defendant shall have to and including August 25, 2005 to file and serve a response to Plaintiff's opening brief.

IT IS SO ORDERED.

**Dated:   July 25, 2005**             /s/ Theresa A. Goldner
j6eb3d                          UNITED STATES MAGISTRATE JUDGE