# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BOSS,<br><br>              Plaintiff,<br><br>       vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>              Defendant.<br>_____ / | CASE NO. 1:04-cv-06424 OWW TAG<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT (Doc. 25)<br><br>ORDER DIRECTING REMAND PURSUANT TO SENTENCE FOUR of 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING THE CLERK TO ENTER JUDGMENT FOR PLAINTIFF DAVID BOSS AND AGAINST DEFENDANT JO ANNE B. BARNHART |

Plaintiff David Boss ("plaintiff"), through counsel, seeks judicial review of an administrative decision denying his claims for disability insurance benefits under Title II of the Social Security Act ("the Act"), 42 U.S.C. § 401 et seq., and supplemental security income under Title XVI of the Act, 42 U.S.C. § 1381 et seq. (Doc. 3).  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(15).

On July 5, 2006, the Magistrate Judge filed a report and recommendation which was served on the parties and contained notice that any objections to the report and recommendation were to be filed within thirty (30) days of the day of service.  (Doc. 25).  The parties have not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds the report and recommendation filed on

July 5, 2006, to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The report and recommendation filed on July 5, 2006 (Doc. 25), is ADOPTED IN FULL; and

2. Plaintiff's complaint is GRANTED with respect to the issue of disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. § 401 et seq., and DENIED with respect to the issue of supplemental security income under Title XVI of the Social Security Act, 42 U.S.C. § 1381 et seq.; and

3. The matter is ORDERED remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for development of the record and further consideration, consistent with the report and recommendation (Doc. 25), of plaintiff's status as disabled, including the onset of disability; whether plaintiff has sufficient residual capacity, defined as what an individual can still do, despite limitations, to perform plaintiff's past work, 20 C.F.R. §§ 404.1520(e)-(f), 404.1545(a); and whether, on the basis of plaintiff's age, education, work experience, and residual functional capacity, plaintiff can perform any other gainful and substantial work within the economy, 20 C.F.R. § 404.1520(g); and

4. The Clerk of the Court is DIRECTED to enter judgment for plaintiff David Boss and against defendant Jo Anne B. Barnhart and to close this action.IT IS SO ORDERED.

**Dated:   January 18, 2007**              /s/ Oliver W. Wanger
emm0d6                                     UNITED STATES DISTRICT JUDGE