# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BOSS, | Case No. 1:04-cv-6424 OWW TAG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION RE: PLAINTIFF'S MOTION FOR ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |
| vs. | |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | (Doc. 35) |
| Defendant. | |

    Plaintiff David Boss, through his attorney, Candace C. Davenport, prevailed in his Social Security action when the matter was remanded to the Social Security Administration for further consideration pursuant to Sentence Four of 42 U.S.C. § 405(g) and judgment was entered for Plaintiff. On March 20, 2007, Ms. Davenport filed a motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c).

    The Magistrate Judge concluded that Plaintiff was entitled to attorney's fees, but not to the extent claimed in Ms. Davenport's fee request. The Magistrate Judge found that some of the Ms. Davenport's itemized time allegedly expended on Plaintiff's case was duplicative, excessive, or could not be billed to the Plaintiff. On April 23, 2008, the Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within ten (10) court days of the date of service. (Doc. 35). To date, no objections have been filed.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil

---

[1] Michael J. Astrue is substituted for his predecessor, Jo Anne B. Barnhart, as Commissioner of the Social Security Administration. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

Procedure 72(b), and Local Rule 72-304, this Court has conducted a <u>de</u> <u>novo</u> review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations filed on April 23, 2008, are supported by the record and by the Magistrate Judge's analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1.  The Findings and Recommendations, filed April 23, 2008 (Doc. 35), are ADOPTED IN FULL; and

      2.  Plaintiff is GRANTED attorney's fees in the amount of $ 6,841.03.

IT IS SO ORDERED.

**Dated:   May 15, 2008**              **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE